UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jerzy and Agnieszka Serwin | ) | BK No.: 13-31615<br>(Jointly Administered)<br>Chapter: 13<br>Honorable Jacqueline Cox |
| Debtor(s)<br>Jerzy and Agnieszka Serwin | ) | Adv. No.: 13-01141 |
| Plaintiff(s)<br>Citimortgage | ) | |
| Defendant(s) | ) | |

## AGREED JUDGMENT ORDER

This cause coming before the court on the Debtor's Motion to Determine Valuation of Collateral, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED BY THE COURT that:

1. That a first mortgage lien is held by Residential Credit on the property commonly known as 7779 Berkshire Dr., Hanover Park IL 60133, in the secured amount of $175,137.00

2. That Citimortgage holds a second mortgage lien on the property commonly known as 7779 Berkshire Dr., Hanover Park IL 60133 in the secured amount of $15,481.00.

3. The Debtors' real estate, commonly known as 7779 Berkshire Dr., Hanover Park IL 60133, PIN 07-30-205-024-0000 in Cook County, Illinois, is valued at $138,049.00

4. That the Court finds that Citimortgage lien for $15,481.00 has no collateral value.

6. Citimortgage shall retain its lien in the amount of $15,481.00 on the Debtors' real property until the earlier of: a) the payment of the underlying debt determined under non-bankruptcy law; or b) discharge under § 1328.

7. Citimortgage shall retain its lien in the amount of $15,481.00 and shall be paid under the Plan as a general unsecured claim pursuant to 11 U.S.C. § 506(a). Upon successful completion of the plan payments and entry of discharge, Citimortgage shall release its lien.

8. Should the Debtors' case be dismissed or converted to a Chapter 7, this Order will be null and Citimortgage's lien will remain intact.

9. Each party shall bear their own attorney's fees and costs in the adversary proceeding.

Enter:

J. Cox

United States Bankruptcy Judge

Dated: OCT 21 2013

**Prepared by:**
David H. Cutler

Rev: 20120209_apo

Attorney for Plaintiff
4131 Main Street
Skokie IL  60076

Rev: 20120209_apo